THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES W. ACKER, Appellant.

Argued November 17, 1947; decided January 16, 1948.

*Abraham J. Gellinoff, Irving Mendelson, Sylvester Cosentino* and *Eugene K. Jones, Jr.,* for appellant.

*Frank S. Hogan, District Attorney (Whitman Knapp* and *Eugene A. Leiman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and FULD, JJ.; DESMOND, THACHER and DYE, JJ., dissent and vote to reverse the judgment of conviction and order a new trial upon the ground that the verdict is against the weight of the evidence, and on the further ground that the Trial Judge failed to make, in his charge, any clear statement as to the law applicable to the detention of defendant before arraignment.